# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4080

_____

CHRISTINA BARRETT,

Appellant,

v.

CITY OF LAKELAND/CORVEL
CORPORATION,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident:  March 2, 2016.

August 30, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jeffrey E. Appel of Appel Law Group, P.A., Lakeland, and Misti L. Howey of Bichler, Longo, Oliver & Fox, PLLC, Tampa, for Appellant.

Michael J. Schwartz of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for Appellees.